IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FAITH YVETTE DOVE,      )
        Plaintiff,      )
                )
      v.            )          No. 4:20-CV-154
                )
SHIRLEY ARDOIN JOHNSON,      )
        Defendant.      )


SHIRLEY ARDOIN JOHNSON,      )
individually and in her capacity as Executor )
of the Estate of Vaughan Monroe Johnson, )
        Plaintiff,      )
                )
      v.            )          No. 4:20-CV-180
                )
FAITH YVETTE DOVE,      )
        Defendant.      )


These matters are before the Court on a motion filed by plaintiff Faith Yvette Dove in case No. 4:20-CV-154-BO to consolidate that action with one other similar case pending before the undersigned. Plaintiff argues that both cases principally revolve around the validity of decedent's alleged marriage to plaintiff both causes of action arise from the same factual allegations, the parties in both actions are the same, and both cases seek similar relief from the Court. Plaintiff requests that the Court consolidate the two actions – No. 4:20-CV-154-BO and No. 4:20-CV-180-BR – into one case because what are claims in the first action are defenses in the second, and what are claims in the second action are counterclaims in the first. Defendant does not oppose the motion to consolidate.

For good cause shown, and pursuant to Fed. R. Civ. P. 42(a), the motion to consolidate [DE 20] is GRANTED. The above-listed cases are hereby CONSOLIDATED for the purposes of discovery and motions filing. If necessary, the Court will consider whether the cases should continue to be consolidated for the purposes of trial at the appropriate time. All future filings shall be made only in case No. 4:20-cv-180-BR, which is designated as the lead case. All future filings shall reflect the case caption for each of the consolidated cases, as above, with the notation that this is proceeding as a consolidated action. The clerk is DIRECTED to enter this order in each of the now-consolidated cases; future orders shall be entered only in the lead case unless otherwise directed. Finally, the clerk is DIRECTED to, after the entry of this order, remove case No. 4:20-CV-154-BO from the Court's active docket, and to return that case to the active docket on order of the Court.

SO ORDERED, this ___8___ day of January, 2021.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2